UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:11-CR-23(01)RM |
| | ) | |
| GEORGE BRADFORD | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 29, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 17], ACCEPTS defendant George Bradford's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 843(b).

SO ORDERED.

ENTERED:   July 22, 2011


　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　Judge, United States District Court